Leslie Bryan Hart, Esq. (SBN 4932)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com

*Attorneys for Defendant Sallie Mae Bank*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SIMON JULIAN SWINTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SALLIE MAE BANK, a foreign corporation,<br><br>Defendant. | CASE NO.:  2:17-cv-00739-JCM-VCF<br><br>**STIPULATION AND<br>ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY JOINTLY STIPULATED AND AGREED by the parties to this action, by and through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Plaintiff's claims are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

DATED:  July 28, 2017.

| **FENNEMORE CRAIG, P.C.** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
|---|---|
| By:  /s/  Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228   Fax: 775-788-2229<br>lhart@fclaw.com<br>*Attorneys for Defendant Sallie Mae Bank* | By:   /s/  Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>2510 Wigwam Parkway, Suite 206<br>Henderson, NV  89074<br>Tel: 702-563-4450  Fax: 702-552-0408<br>kevin@kevinhernandezlaw.com<br>*Attorneys for Plaintiff Simon J. Swinton* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 3, 2017

13100868